# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

JAMES FOUNTAS ,

Plaintiff(s),

v.

CITY OF OAK FOREST,

Defendant(s).

Case No. 14 C 3174
Judge Charles Norgle

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: summary judgment is entered in favor of the City of Oak Forest and against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge Charles Norgle on a motion for summary judgment.

Date: 2/19/2021

Thomas G. Bruton, Clerk of Court

Eric Fulbright , Deputy Clerk